UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-CV-20620-GAYLES/TURNOFF

SILVIO JESUS SAAVEDRA, SILVIO )
SAAVEDRA and all others similarly situated )
under 29 U.S.C. 216(B), )
             )
       Plaintiff, )
             )
vs. )
             )
RW INSTALLATION INC., RW GLAZING )
INC, ROBERT WSZENDYBYL, and )
MARLENA STETTNER, )
             )
      Defendants. )
_____)

## JOINT AMENDED SCHEDULING REPORT

Pursuant to Southern District of Florida Local Rule 16.1(B) and Federal Rule of Civil Procedure 26(f), on April 27, 2016, Counsel for Plaintiff, Allyson Morgado, Esq. and Counsel for Defendants, Randee Susan Schatz, Esq. conferred and now file this Joint Amended Scheduling Report in the above styled action and show the Court as follows:

### ELEMENTS REQUIRED BY LOCAL RULE 16.1

**(A) The likelihood of settlement:**

The parties will explore the possibility of settlement, but the likelihood of settlement cannot be determined at this time.

**(B) A discussion of the likelihood of appearance in the action of additional parties:**

It is unknown at this time whether the parties will need to add additional parties.

**(C) Proposed limits on time:**

  **(i) Join other parties** May 30, 2016.

**(ii) amend the pleadings** May 30, 2016.

**(iii) File and hear motions** October 17, 2016 for dispositive motions.

**(iv) Complete Discovery**

Fact Discovery: September 19, 2016

Expert Discovery: September 19, 2016

**(D) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses:** The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do and advise the court accordingly.

**(E) The necessity or desirability of amendments to the pleadings:**

It is unknown whether further amendment to the pleadings will be necessary.

**(F) A discussion of possible admissions of fact; possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence:**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid unnecessary proof at trial.

However, the Parties are unable to stipulate to any facts at this time.

**(G) Suggestions for the avoidance of unnecessary proof and of cumulative evidence:**

The Parties do not have any suggestions at this time. However, the parties will work together to avoid unnecessary proof and cumulative evidence as the case proceeds through discovery.

**(H) Suggestions on the advisability of referring matters to a Magistrate Judge or master:**

The parties agree to submit any matters to the Magistrate Judge.

**(I)     A preliminary estimate of the time required for trial:**

The parties estimate that this will be a 2-3day trial.

**(J) Requested dates for conferences before trial, a final pretrial conference and trial:**

The parties propose **January 12, 2017** for pre-trial conference and the week of **January 16, 2017** for trial.

**(K) Any other information that might be helpful to the Court:**

The Parties are unaware of any additional information that would be helpful to the Court.

## ELEMENTS REQUIRED BY RULE 26, F.R.C.P.

**(a) Discovery plan pursuant to Rule 26 (f), Federal Rules of Civil Procedure:**

**(i) Changes/time of disclosures** The Parties agree that initial disclosures shall be made by May 31, 2016.

**(ii) Subjects and schedule for discovery**

The parties propose the following:

>Fact Discovery: September 19, 2016

>Expert Discovery: September 19, 2016

**(iii) Issues relating to e-discovery** The Parties agree to comply with Federal Rules of Civil Procedure 26(a)(A)(ii), 34(b)(1)(C) and 34(b)(2) in connection with the disclosure and discovery of electronically stored information. Documents, including Electronic discovery, will be produced in PDF format or by printing the electronic documents. Electronic discovery does not have to be produced in its natural form, unless the authenticity of a particular document becomes an issue in the case.

**(iv) Issues relating to claims of privilege or work product** The Parties agree that these will be addressed in response to specific discovery items.

**(v) Any changes in limitations on discovery**

None at this time.

**(vi) Any order which should be entered.**

None at this time.

**CONSENT OF COUNSEL FOR DEFENDANTS** Pursuant to Rule 3J(3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendants has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully submitted,

| | |
|---|---|
| J.H. Zidell, P.A. | Randee S. Schatz, P.A. |
| *Attorneys for Plaintiff* | *Attorney for the Defendants* |
| 300 71st Street, Suite 605 | 220 Sunrise Avenue |
| Miami Beach, Florida 33141 | Palm Beach, FL 33480 |
| Tel: (305) 865-6766 | 561-833-1846 |
| Fax: (305) 865-7167 | Fax: 833-1881 |
| | |
| By: /s/ *Allyson Kutner Morgado* | By: /s/ *Randee Susan Schatz* |
| Allyson Kutner Morgado | Randee Susan Schatz |
| Florida Bar No.: 91506 | Florida Bar No.: 279900 |
| Email: amorgado.jhzidell@gmail.com | Email: rsschatz@comcast.net |
| | legal.service.RSS.PA@comcast.net |