UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-CV-20620-WCT

SILVIO JESUS SAAVEDRA, SILVIO           )
SAAVEDRA and all others similarly situated )
under 29 U.S.C. 216(b),                  )
                                         )
            Plaintiffs,                  )
    vs.                                  )
                                         )
RW INSTALLATION INC.,                    )
RW GLAZING INC,                          )
ROBERT WSZENDYBYL,                       )
MARLENA STETTNER                         )
                                         )
            Defendants.                  )
_____)

## NOTICE OF SETTLEMENT

The undersigned hereby notices the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Neil Tobak
Neil Tobak
Florida Bar No.: 93940
J.H. Zidell, P.A.
Ntobak.zidellpa@gmail.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 7, 2017.

                                                J.H. Zidell, P.A.
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                 Fax: (305) 865-7167
                                                *Attorneys for Plaintiff*

                                                By: /s/ Neil Tobak
                                                Neil Tobak
                                                Florida Bar No.: 93940
                                                J.H. Zidell, P.A.
                                                Ntobak.zidellpa@gmail.com